This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee under POOLING AND SERVICING AGREEMENT DATED AS OF JUNE 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5,**

　　　　**Plaintiff-Appellee,**

**v.**　　　　　　　　　　　　　　　　**No. 34,947**

**SIMONE M. ROBINSON-VANN and CURTIS VANN,**

　　　　**Defendants-Appellants.**

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Valerie Huling, District Judge**

Rose L. Brand & Associates PC
Eraina Edwards
Albuquerque, NM

for Appellee

JRSPC, LLC
Joshua R. Simms
Albuquerque, NM

for Appellants

**MEMORANDUM OPINION**

**HANISEE, Judge.**

{1}    Defendants-Appellants Simone M. Robinson-Vann and Curtis Vann (Appellants) appeal from the district court's order denying their motion to dismiss for lack of jurisdiction. [RP 157, 229; DS unnumbered 2] Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. Plaintiff-Appellee has filed a response in support of our notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}    Accordingly, we affirm.

{3}    **IT IS SO ORDERED.**


_____
                                        **J. MILES HANISEE, Judge**

**WE CONCUR:**


_____
**RODERICK T. KENNEDY, Judge**



_____

**TIMOTHY L. GARCIA, Judge**